FORM 1

# NOTICE OF APPEAL

* * * * * * * * * *

UNITED STATES DISTRICT COURT
FOR THE
Eastern DISTRICT OF New York

Jerole Pierre
 \*
 \*
 v \*  NOTICE OF APPEAL
Police officer ALEXANDR YURCHENKO,
Lieutenant ANGELICA KAISER,   22 CV-01171-NRM-LB
Commanding KHANAKAR, MAYOR ERIC  Docket No.
ADAM Lieutenant Simms Donnel McGlear

Notice is hereby given that  Jerole Pierre
                                    (party)

hereby appeals to the United States Court of Appeals for the Second Circuit from the decision

(describe it) The Plaintiff constitutional Right is being violated ORDER The Court ORDER ADOPTING Report and RE-Commendation of Judge Bloom's

entered in this action on the 08 day of 28 , 20 24.

Jerole Pierre
Signature

Jerole Pierre
Printed Name

1548 E 103 ST
Address

Brooklyn-N.Y 11236

(347) 641-6837
Telephone No. (with area code)

Date: 04-26-2024

APPEAL,NPROSE

# U.S. District Court
# Eastern District of New York (Brooklyn)
# CIVIL DOCKET FOR CASE #: 1:22–cv–01171–NRM–LB

| | |
|---|---|
| Pierre v. Yurchenko et al<br>Assigned to: Judge Nina R. Morrison<br>Referred to: Magistrate Judge Lois Bloom<br>Cause: 28:1983 Civil Rights | Date Filed: 03/01/2022<br>Date Terminated: 03/28/2024<br>Jury Demand: None<br>Nature of Suit: 440 Civil Rights: Other<br>Jurisdiction: Federal Question |

**Plaintiff**

**Jerole Pierre**     represented by    **Jerole Pierre**
1348 E 103rd St
Brooklyn, NY 11236
347–641–6837
PRO SE

V.

**Defendant**

**Mayor Eric Adams**
*TERMINATED: 03/09/2023*

**Defendant**

**Commissioner Keechant Sewell**
*TERMINATED: 03/09/2023*

**Defendant**

**Commanding Officer Robert Conwell**
*TERMINATED: 03/09/2023*

**Defendant**

**Police Officer Alexandr Yurchenko**     represented by    **Jesse N. Zilinski**
New York City Law Department
Special Federal Litigation
100 Church Street
New York, NY 10007
212–356–2381
Email: jzilinsk@law.nyc.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Doe 1**
*TERMINATED: 03/09/2023*

**Defendant**

**John Doe 2**
*TERMINATED: 10/14/2022*

**Defendant**

**New York City**     represented by    **Jesse N. Zilinski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Lieutenant Angelika Kaiser** | represented by | **Jesse N. Zilinski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Interested Party**

| | | |
|---|---|---|
| **City of New York Corporation Counsel** | represented by | **Joseph P. Zangrilli**<br>New York City Law Department<br>100 Church Street<br>New York, NY 10007<br>212–356–2657<br>Fax: 212–356–1148<br>Email: jzangril@law.nyc.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 03/01/2022 | 1 | COMPLAINT against All Defendants Was the Disclosure Statement on Civil Cover Sheet completed –No,, filed by Jerole Pierre. (Attachments: # 1 Civil Cover Sheet) (Neptune, Pierre) (Entered: 03/04/2022) |
| 03/01/2022 | 2 | MOTION for Leave to Proceed in forma pauperis by Jerole Pierre. (Neptune, Pierre) (Entered: 03/04/2022) |
| 03/04/2022 | 3 | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that *if* all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically **only if all** parties wish to consent. The form may also be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. **You may withhold your consent without adverse substantive consequences**. **Do NOT return or file the consent unless all parties have signed the consent.** (Neptune, Pierre) (Entered: 03/04/2022) |
| 03/18/2022 | 4 | MOTION to Amend/Correct/Supplement 1 Complaint by Jerole Pierre. (Attachments: # 1 Proposed Amended Complaint) (Herrera, Isaiah) (Entered: 03/21/2022) |
| 06/22/2022 | 5 | FILING FEE: $ 402.00, receipt number 4653166144 (Almonte, Giselle) (Entered: 06/27/2022) |
| 06/27/2022 | 6 | NOTICE OF DEFICIENT FILING, litigant notified of deficiency(s) that **must be corrected within fourteen (14) days**. Copy mailed to Pro Se. (Herrera, Isaiah) (Entered: 06/27/2022) |
| 06/27/2022 | 7 | Summons Issued as to Robert Conwell, Keechant Sewell, Alexandr Yurbherko. (Almonte, Giselle) (Entered: 06/27/2022) |
| 06/28/2022 | 8 | NOTICE re 6 Notice of Deficient Filing, providing address to Mayor Eric Adams and amended the address to Commissioner Keechant Sewell, filed by Jerole Pierre. (Almonte, Giselle) (Entered: 06/28/2022) |
| 06/28/2022 | 9 | Amended Summons Issued as to Eric Adams, Robert Conwell, Keechant Sewell, Alexandr Yurbherko. (Almonte, Giselle) (Entered: 06/28/2022) |
| 07/11/2022 | 10 | ORDER: The Honorable Rachel P. Kovner assigned this case to me for all pretrial purposes. Enclosed is a copy of the "Individual Practices of Magistrate Judge Lois Bloom." Plaintiff and defendants, alike, are required to follow these rules. Plaintiff is to provide a copy of this Order and the enclosed rules to defendants along with the summons and complaint. Pro se plaintiff filed the complaint in this action on June 28, 2022. ECF No. 1. Plaintiff shall have 90 days from the date of this Order to serve defendants and file proof of service with the Court. Fed. R. Civ. P. 4(m). Accordingly, if proper service is not made upon defendants by October 9, 2022, or if plaintiff fails to show good cause why such service has not been effected by that date, it will be recommended that the Court should dismiss this action without prejudice. See attached |

| | | |
|---|---|---|
| | | Order. Ordered by Magistrate Judge Lois Bloom on 7/11/2022. (Yindra, Hannah) (Entered: 07/11/2022) |
| 07/19/2022 | 11 | Letter from Jerole Pierre to Judge Kovner dated 7/19/2022 re: the service of summons and complaint. (Herrera, Isaiah) (Entered: 07/20/2022) |
| 08/19/2022 | 12 | MOTION to Amend/Correct/Supplement 1 Complaint by Jerole Pierre. (Herrera, Isaiah) (Entered: 08/23/2022) |
| 08/19/2022 | 13 | MOTION to Appoint Counsel by Jerole Pierre. (Herrera, Isaiah) (Entered: 08/23/2022) |
| 08/19/2022 | 14 | Letter from Jerole Pierre to Judge Kovner dated 8/17/2022 re: summons and complaint. (Herrera, Isaiah) (Entered: 08/23/2022) |
| 08/24/2022 | | ORDER REFERRING MOTION: The motions to amend at 4 and 12 are respectfully referred to Magistrate Judge Bloom. Ordered by Judge Rachel P. Kovner on 8/24/2022. (Andrews, Stephen) (Entered: 08/24/2022) |
| 08/30/2022 | 15 | ORDER: Pro se plaintiff filed his Complaint on March 1, 2022, and moved to proceed in forma pauperis. ECF Nos. 1, 2. However, on June 22, 2022, plaintiff paid the filing fee and the Court issued summonses for the named defendants. ECF Nos. 5, 7. The Court informed plaintiff that, pursuant to Federal Rule of Civil Procedure 4(m), plaintiff had 90 days from the date of its July 11, 2022, Order to serve defendants with process in this action. ECF No. 10. Accordingly, plaintiff has until October 9, 2022, to serve defendants and file proof of service on the docket. Plaintiff now requests an extension of time to serve defendants. ECF No. 14. As plaintiff still has over 40 days to serve defendants within the 4(m) deadline, the request for an extension of time is denied without prejudice as premature.<br><br>Plaintiff also requests leave to amend his complaint to include defendant John Doe. ECF Nos. 4, 12. As plaintiff has not yet served defendants, leave to amend is not necessary and plaintiff may amend his complaint as of right. However, plaintiff cannot serve a John Doe defendant. Instead of proceeding on the Amended Complaint plaintiff submitted on August 19, 2022, which does not provide any information by which to identify the John Doe officer, and fails to allege how the named defendants violated his rights, the Court gives plaintiff another opportunity to amend. If plaintiff chooses to proceed on his original complaint (without the John Doe defendant, which cannot proceed unless the "John Doe" officer is identified) he shall serve the named defendants with summonses and the Complaint. Otherwise, plaintiff shall file a Second Amended Complaint that includes more information regarding all the claims he seeks to pursue by October 10, 2022.<br><br>Finally, plaintiff requests pro bono counsel. ECF No. 13. Although the Court would prefer all parties to have access to counsel, there is no right to counsel in a civil case. Guggenheim Capital, LLC v. Birnbaum, 722 F.3d 444, 453 (2d Cir. 2013). The Court cannot compel an attorney to represent a litigant in a civil case without a fee. Mallard v. U.S. Dist. Court, 490 U.S. 296 (1989). Accordingly, plaintiff's request for pro bono counsel, ECF No. 13, is denied without prejudice. See attached Order. Ordered by Magistrate Judge Lois Bloom on 8/30/2022. (Yindra, Hannah) (Entered: 08/30/2022) |
| 09/27/2022 | 16 | Letter from Jerole Pierre to Judge Kovner dated 9/23/2022 re: summons and complaint served. (Herrera, Isaiah) (Entered: 09/27/2022) |
| 09/28/2022 | | ORDER REFERRING MOTION: The Court construes plaintiff's letter at 16 as a motion to amend the complaint. So construed, that motion is respectfully referred to Magistrate Judge Bloom. Ordered by Judge Rachel P. Kovner on 9/28/2022. (de Carvalho, Simon) (Entered: 09/28/2022) |
| 09/28/2022 | 17 | ORDER: On August 19, 2022, pro se plaintiff requested leave to amend his complaint to include defendant John Doe. ECF No. 12 . The Court advised plaintiff that the amended complaint filed on August 19, 2022, provides no information to identify the John Doe officer, and fails to allege how the named defendants violated his rights. Instead of proceeding on the deficient amended complaint, the Court stated plaintiff may file a second amended complaint that includes the necessary information regarding who the John Doe Officer is and the claims he seeks to pursue by October 10, 2022.<br>Plaintiff now files a letter requesting to amend his complaint to include the City of |

| | | |
|---|---|---|
| | | New York as a defendant. ECF No. 16 . The Court shall hold a conference in this case to discuss plaintiff's second amended complaint on October 18, 2022 at 10:00 a.m. in Courtroom 11A South of the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York. The Clerk of Court is directed to serve a copy of this Order on the Corporation Counsel of the City of New York, who shall appear at the conference as an interested party. See attached Order. Ordered by Magistrate Judge Lois Bloom on 9/28/2022. (Yindra, Hannah) (Entered: 09/28/2022) |
| 09/30/2022 | 18 | Letter from Jerole Pierre to Judge Kovner dated 9/29/2022 re: documents received from City of New York (IH) (Entered: 10/04/2022) |
| 09/30/2022 | 19 | SUMMONS Returned Executed by Jerole Pierre. Eric Adams served on 9/8/2022, answer due 9/29/2022; Robert Conwell served on 9/14/2022, answer due 10/5/2022; Keechant Sewell served on 9/8/2022, answer due 9/29/2022; Alexandr Yurbherko served on 9/8/2022, answer due 9/29/2022. (Attachments: # 1 Police Officer Alexandr Yurbherko, # 2 Commissioner Keechant Sewell, # 3 Mayor Eric Adams) (IH) (Entered: 10/04/2022) |
| 10/11/2022 | 20 | Letter from Jerole Pierre to Judge Kovner attaching cover page for Amended Complaint (IH) (Entered: 10/12/2022) |
| 10/12/2022 | 21 | AMENDED COMPLAINT against Eric Adams, Robert Conwell, Keechant Sewell, Alexandr Yurbherko, John Doe 1, John Doe 2, filed by Jerole Pierre. (IH) (Entered: 10/13/2022) |
| 10/14/2022 | 22 | Letter from Jerole Pierre to Judge Kovner dated 10/14/2022 re: Amended Complaint. (IH) (Entered: 10/17/2022) |
| 10/14/2022 | 23 | AMENDED COMPLAINT against Eric Adams, Robert Conwell, John Doe 1, Keechant Sewell, Alexandr Yurbherko, filed by Jerole Pierre. (IH) (Entered: 10/17/2022) |
| 10/17/2022 | 26 | NOTICE of Attachment to the 23 Amended Complaint filed by Jerole Pierre (IH) (Entered: 10/19/2022) |
| 10/17/2022 | 27 | Letter from Jerole Pierre to Judge Kovner dated 10/17/2022 re: Failure to Submit Medical Reports (IH) (Entered: 10/19/2022) |
| 10/18/2022 | 24 | NOTICE of Appearance by Joseph P. Zangrilli on behalf of City of New York Corporation Counsel (aty to be noticed) (Zangrilli, Joseph) (Entered: 10/18/2022) |
| 10/18/2022 | | Minute Entry for proceedings held before Magistrate Judge Lois Bloom: Status Conference held on 10/18/2022. Jerole Pierre appeared on behalf of himself. Mr. Zangrilli appeared for the Office of the Corporation Counsel as an interested party. (FTR Log #10:09–10:50.) (HY) (Entered: 10/18/2022) |
| 10/18/2022 | 25 | ORDER: The Court held a conference in pro se plaintiff's civil rights case on October 18, 2022. The Office of the Corporation Counsel ("the Office") appeared as an interested party at the Court's direction. The Office shall file a letter by November 9, 2022, stating whether the Office could identify the John Doe officer plaintiff seeks to name as a defendant, or what further information is needed to do so. See attached Order. Ordered by Magistrate Judge Lois Bloom on 10/18/2022. (HY) (Entered: 10/18/2022) |
| 10/21/2022 | | Case Reassigned to Judge Nina Morrison. Judge Rachel P. Kovner no longer assigned to the case. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (AM) (Entered: 10/21/2022) |
| 11/04/2022 | 28 | Letter to Judge Morrison dated 11/4/2022 plaintiff would like an in person conference instead of the scheduled video conference filed by Jerole Pierre. (JM) (Entered: 11/04/2022) |
| 11/09/2022 | 29 | STATUS REPORT *re the present status of investigation into identifying john doe officer* by City of New York Corporation Counsel (Zangrilli, Joseph) (Entered: 11/09/2022) |

| | | |
|---|---|---|
| 11/10/2022 | 30 | ORDER: The Office of the Corporation Counsel ("the Office") writes in response to the Court's October 18, 2022 Order. ECF No. 29. The Office requests an extension of time to identify the John Doe police officer. As plaintiff has consented to the request, the request is granted. The Office shall file a status letter by December 9, 2022. See attached Order. Ordered by Magistrate Judge Lois Bloom on 11/10/2022. (HY) (Entered: 11/10/2022) |
| 12/09/2022 | 31 | STATUS REPORT *Status Report* by City of New York Corporation Counsel (Zangrilli, Joseph) (Entered: 12/09/2022) |
| 12/12/2022 | 32 | ORDER: The Office of the Corporation Counsel ("the Office") reports that it is still making efforts to identify the John Doe officer that plaintiff seeks to name as a defendant in this case. ECF No. 30. The Court grants an extension of its Valentin Order and directs the Office to file another status letter by January 9, 2023. See attached Order. Ordered by Magistrate Judge Lois Bloom on 12/12/2022. (HY) (Entered: 12/12/2022) |
| 12/27/2022 | 33 | Letter to Judge Morrison dated 12/27/2022 filed by Jerole Pierre (JM) (Entered: 12/28/2022) |
| 12/27/2022 | 34 | Letter MOTION to Vacate *Judge Kovner's Order of 10/18/2022 DE# 25 and*, Letter MOTION for Extension of Time to File */Identify the John Doe deft, filed* by Jerole Pierre. (SG) (Entered: 12/29/2022) |
| 01/04/2023 | 35 | ORDER: Pro se plaintiff requests that the Court vacate its Valentin Order dated October 18, 2022 and extend the time for plaintiff to identify the John Doe defendant himself. ECF No. 34 . The October 18, 2022 Order directs the Office of the Corporation Counsel ("the Office") to assist the Court to identify the John Doe officer plaintiff seeks to name as a defendant in this case. The Order does not prevent plaintiff from seeking to identify the John Doe defendant himself. Based on the foregoing, plaintiff's motion to vacate is denied. See Attached Order. Ordered by Magistrate Judge Lois Bloom on 1/4/2023. (EW) (Entered: 01/04/2023) |
| 01/06/2023 | 36 | MOTION for Extension of Time to Complete Discovery by Jerole Pierre. (JM) (Entered: 01/09/2023) |
| 01/09/2023 | 37 | STATUS REPORT by City of New York Corporation Counsel (Zangrilli, Joseph) (Entered: 01/09/2023) |
| 01/12/2023 | 38 | ORDER: *Pro se* plaintiff requests an extension of time to complete discovery. ECF No. 36 . There is no discovery deadline set. As such, plaintiff's request is denied. The Court shall hold an in–person status conference on January 31, 2023 at 12:00 p.m. in Courtroom 11A South of the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York. Parties are advised that they must contact each other before making any request for an adjournment to the Court. Any request for an adjournment must be electronically filed with the Court at least seventy–two (72) hours before the scheduled conference. See attached order. Ordered by Magistrate Judge Lois Bloom on 1/12/2023. (VP) (Entered: 01/12/2023) |
| 01/19/2023 | 39 | First MOTION to Adjourn Conference by City of New York Corporation Counsel. (Zangrilli, Joseph) (Entered: 01/19/2023) |
| 01/20/2023 | 40 | ORDER: The Office of the Corporation Counsel requests, with plaintiff's consent, an adjournment of the January 31, 2023 conference. ECF No. 39 . The request is granted. The Court shall hold the in–person status conference on February 1, 2023 at 2:30 p.m. in Courtroom 11A South of the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York. See attached Order. Ordered by Magistrate Judge Lois Bloom on 1/20/2023. (VP) (Entered: 01/20/2023) |
| 02/02/2023 | | Minute Entry for proceedings held before Magistrate Judge Lois Bloom: Status Conference held on 2/1/2023 (FTR Log #2:53–3:33.) (VP) (Entered: 02/02/2023) |
| 02/02/2023 | 41 | ORDER: The Court held a conference in *pro se* plaintiff's civil rights case on February 1, 2023. The Office of the Corporation Counsel ("the Office") appeared as an interested party. The Office's request to be relieved of its obligation under Valentin v. Dinkins, 121 F.3d 72 (2d Cir. 1997) is granted. ECF No. 37 . Plaintiff shall file an amended complaint that identifies the John Doe defendant(s) by March 9, 2023, or else the Court shall proceed on the amended complaint filed on October 14, 2022. ECF No. |

| | | |
|---|---|---|
| | | 23 . See attached Order. Ordered by Magistrate Judge Lois Bloom on 2/2/2023. (VP) (Entered: 02/02/2023) |
| 02/22/2023 | 42 | Letter undated from Jerole Pierre to Judge Rachel P. Kovner seeking to Obtain public records. (JC) (Entered: 02/22/2023) |
| 03/09/2023 | 43 | AMENDED COMPLAINT against Alexander Yurbherko, New York City, Lietent Kaiser, filed by Jerole Pierre. (FP) (Entered: 03/09/2023) |
| 03/09/2023 | 44 | Letter dated March 9, 2023 from pro se plaintiff Jerole Pierre. See letter for details. (JC) (Entered: 03/10/2023) |
| 03/15/2023 | 45 | ORDER: On February 2, 2023, the Court granted plaintiff additional time to identify the John Doe defendants who plaintiff alleges have been surveilling him and directed plaintiff to file an amended complaint that identifies those defendant(s) by March 9, 2023. Plaintiff filed an amended complaint on that date that names officers Lieutenant Kaiser and Alexander Yurbherko as defendants, but does not otherwise identify any John Doe officer(s). ECF No. 43 . Plaintiff's amended complaint at ECF No. 43 is accepted and shall be the operative pleading in this action. Plaintiff is reminded that he may not file additional amended complaints without defendants' consent or permission from the Court.<br><br>The Clerk of Court is respectfully directed to amend the caption as set forth in the attached Order, and to send a courtesy copy of this Order to the Office of Corporation Counsel (the "Office"). The Office shall provide current addresses for plaintiff to serve defendants Kaiser and Yurbherko by March 31, 2023.<br><br>Plaintiff's request under FOIA for an order directing the NYPD Shomrim Society and Legal Bureau to provide photos of officers and a list of their names, ECF No. 44 , is denied. See attached Order. Ordered by Magistrate Judge Lois Bloom on 3/15/2023. (VP) (Entered: 03/15/2023) |
| 03/16/2023 | 46 | NOTICE of Appearance by Jesse N. Zilinski on behalf of New York City (aty to be noticed) (Zilinski, Jesse) (Entered: 03/16/2023) |
| 03/31/2023 | 47 | Letter dated 3/31/2023 from Jess Zilinski, ACC to Jerole Pierre, providing service address for Defendants Lieutenant Angelika Kaiser and Police Officer Alexandr Yurchenko at New York City Police Department, 69th Precinct, 9720 Foster Avenue, Brooklyn, NY 11236. (VM) (Entered: 04/03/2023) |
| 04/04/2023 | 48 | Amended Summons Issued as to New York City, Alexandr Yurchenko, Angelika Kaiser. (GA) (Entered: 04/04/2023) |
| 04/06/2023 | 49 | ORDER: On March 31, 2023, the Office of Corporation Counsel provided current addresses for plaintiff to serve defendants Kaiser and Yurberhko. ECF No. 47 . The Court issued amended summonses for defendants. ECF No. 48 . Plaintiff shall serve defendants with the amended summons and his amended complaint, ECF No. 43 , by May 8, 2023. If plaintiff fails to properly serve defendants and file proof of service by May 8, 2023, or if plaintiff fails to show good cause why such service has not been effected by that date, I shall recommend that the action should be dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m). See attached Order. Ordered by Magistrate Judge Lois Bloom on 4/6/2023. (VP) (Entered: 04/06/2023) |
| 04/24/2023 | 50 | SUMMONS Returned Executed by Jerole Pierre. Angelika Kaiser served on 4/11/2023, answer due 5/2/2023. (JC) (Entered: 04/24/2023) |
| 04/24/2023 | 51 | SUMMONS Returned Executed by Jerole Pierre. Alexandr Yurchenko served on 4/21/2023, answer due 5/12/2023. (JC) (Entered: 04/24/2023) |
| 04/28/2023 | 52 | NOTICE of Appearance by Jesse N. Zilinski on behalf of Angelika Kaiser, Alexandr Yurchenko (aty to be noticed) (Zilinski, Jesse) (Entered: 04/28/2023) |
| 04/28/2023 | 53 | First MOTION for Extension of Time to File Answer *for Defendant Angelika Kaiser* by Angelika Kaiser, New York City, Alexandr Yurchenko. (Zilinski, Jesse) (Entered: 04/28/2023) |
| 05/01/2023 | 54 | ORDER: Defendant Kaiser requests, with plaintiff's consent, an extension of time to respond to plaintiff's amended complaint. ECF No. 53 . The request is granted. |

| | | |
|---|---|---|
| | | Defendant shall respond to the amended complaint by May 12, 2023. <u>See attached Order.</u> Ordered by Magistrate Judge Lois Bloom on 5/1/2023. (VP) (Entered: 05/01/2023) |
| 05/10/2023 | 55 | Letter dated May 10, 2023 to Judge Kovner from pro se Plaintiff Jerole Pierre regarding Defendants behavior on May 9, 2023. (JC) (Entered: 05/10/2023) |
| 05/10/2023 | 56 | Letter MOTION for Extension of Time to File Answer *to the Defendants Motion to Dismiss the Amended Complaint. Plaintiff requests an extension from May 12, 2023 until June 15, 2023 filed* by Jerole Pierre. (JC) (Entered: 05/10/2023) |
| 05/12/2023 | 57 | MOTION to Dismiss for Failure to State a Claim *Notice of Motion* by Angelika Kaiser, New York City, Alexandr Yurchenko. (Zilinski, Jesse) (Entered: 05/12/2023) |
| 05/12/2023 | 58 | MEMORANDUM in Support re 57 MOTION to Dismiss for Failure to State a Claim *Notice of Motion* filed by Angelika Kaiser, New York City, Alexandr Yurchenko. (Attachments: # 1 Exhibit A) (Zilinski, Jesse) (Entered: 05/12/2023) |
| 05/12/2023 | 59 | AFFIDAVIT/DECLARATION in Support re 57 MOTION to Dismiss for Failure to State a Claim *Notice of Motion* filed by Angelika Kaiser, New York City, Alexandr Yurchenko. (Zilinski, Jesse) (Entered: 05/12/2023) |
| 05/15/2023 | | ORDER REFERRING MOTION: Defendants' 57 MOTION to Dismiss is respectfully referred to Magistrate Judge Bloom for a report and recommendation. Ordered by Judge Nina R. Morrison on 5/15/2023. (LK) (Entered: 05/15/2023) |
| 05/16/2023 | 60 | ORDER: The Honorable Nina Morrison referred defendants' motion to dismiss, ECF No. 57, to me for a Report & Recommendation. The Court sets the following briefing schedule: plaintiff shall file his written opposition to the motion on June 16, 2023. Defendants' reply brief, if any, is due on July 7, 2023. <u>See attached Order.</u> Ordered by Magistrate Judge Lois Bloom on 5/16/2023. (VP) (Entered: 05/16/2023) |
| 06/09/2023 | 61 | Letter MOTION for Leave to File Document . *Plaintiff seeks to file an Amended Complaint to add new parties and regarding Plaintiffs response to Motion to Dismiss filed* by Jerole Pierre. (JC) (Entered: 06/09/2023) |
| 06/12/2023 | 62 | ORDER: On June 9, 2023, plaintiff requested leave to file another amended complaint. ECF No. 61 . Defendants take no position on plaintiff's request. Plaintiff, however, did not attach the proposed amended complaint to his request. The Court cannot grant leave to amend the complaint without first reviewing the proposed amended complaint. Therefore, plaintiff's request for leave to amend is denied without prejudice.<br><br>In light of plaintiff's request to amend, the Court adjusts the briefing schedule for defendants' motion to dismiss as follows. Plaintiff shall file his written opposition to defendants' motion by July 14, 2023. Plaintiff shall also file any new motion to amend his complaint, but he must attach the proposed amended complaint, by the same date.<br><br>If accepted, the amended complaint will completely replace the prior amended complaints, so plaintiff must include all his allegations in the amended complaint. Defendants' reply brief, if any, is due on August 4, 2023. <u>See attached Order.</u> Ordered by Magistrate Judge Lois Bloom on 6/12/2023. (VP) (Entered: 06/12/2023) |
| 06/16/2023 | 63 | AFFIDAVIT IN REPLY TO AFFIDAVIT TO DISMISS AMENDED COMPLAINT/RESPONSE in Opposition re 57 MOTION to Dismiss for Failure to State a Claim *Notice of Motion* and 59 Affidavit filed by Jerole Pierre. (JC) (Entered: 06/16/2023) |
| 07/19/2023 | 64 | ORDER: On June 12, 2023, the Court adjusted the briefing schedule for defendants' motion to dismiss in light of plaintiff's request for leave to file another amended complaint. ECF No. 62 . The Court directed plaintiff to file his written opposition to defendants' motion by July 14, 2023. The Court also directed plaintiff to file any new motion to amend his complaint, attaching the proposed amended complaint, by the same date.<br><br>On June 16, 2023, plaintiff filed a document labeled as an "affidavit in reply" to defendants' motion to dismiss. ECF No. 63 . Plaintiff did not file a new motion to |

| | | |
|---|---|---|
| | | amend his complaint by the July 14 deadline. The Court construes plaintiff's "affidavit in reply," ECF No. 63 , as his opposition to defendants' motion to dismiss. Defendants' reply brief remains due on August 4, 2023. <u>See attached Order.</u> Ordered by Magistrate Judge Lois Bloom on 7/19/2023. (VP) (Entered: 07/19/2023) |
| 07/28/2023 | 65 | Letter MOTION to Withdraw *a proposed Amended Complaint. Plaintiff requests to withdraw the application to amend the complaint 61 . "Plaintiff wishes to rely on the existing affidavit filed on June 16, 2023" filed* by Jerole Pierre. (JC) (Entered: 07/28/2023) |
| 07/31/2023 | 66 | ORDER: Plaintiff moves to withdraw his request for leave to file an amended complaint. ECF No. 65 . The request is granted. On July 19, 2023, the Court construed plaintiff's June 16 "affidavit in reply" as his opposition to defendants' motion to dismiss. ECF No. 64 . Defendants' reply brief is due on August 4, 2023. <u>See attached Order.</u> Ordered by Magistrate Judge Lois Bloom on 7/31/2023. (VP) (Entered: 07/31/2023) |
| 08/04/2023 | 67 | REPLY in Support re 57 MOTION to Dismiss for Failure to State a Claim *Notice of Motion* filed by Angelika Kaiser, New York City, Alexandr Yurchenko. (Zilinski, Jesse) (Entered: 08/04/2023) |
| 12/29/2023 | 68 | NOTICE of Appearance by Joseph P. Zangrilli on behalf of Angelika Kaiser, New York City, Alexandr Yurchenko (notification declined or already on case) (Zangrilli, Joseph) (Entered: 12/29/2023) |
| 02/20/2024 | 69 | **REPORT AND RECOMMENDATION:** Plaintiff Jerole Pierre brings this *pro se* action alleging that defendants violated his civil rights under 42 U.S.C. § 1983. Defendants move to dismiss plaintiff's amended complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim. The Honorable Nina Morrison referred defendants' motion to me for a Report and Recommendation in accordance with 28 U.S.C. § 636(b). For the reasons set forth in the <u>attached Report and Recommendation</u>, it is respectfully recommended that defendants' motion should be granted, and plaintiff's amended complaint should be dismissed. <u>See attached Report and Recommendation.</u> Objections to R&R due by 3/5/2024. Ordered by Magistrate Judge Lois Bloom on 2/20/2024. (VP) (Entered: 02/20/2024) |
| 03/01/2024 | 70 | Letter MOTION for Extension of Time to File Response/Reply by Jerole Pierre. (IH) (Entered: 03/01/2024) |
| 03/04/2024 | | ORDER granting 70 Motion for Extension of Time to File. Any objections to the 69 Report and Recommendation are due on or before March 12, 2024. The Clerk of Court is respectfully directed to serve a copy of this order on Plaintiff. Ordered by Judge Nina R. Morrison on 3/4/2024. (AD) (Entered: 03/04/2024) |
| 03/12/2024 | 71 | Plaintiff's REPLY in Opposition to 57 MOTION to Dismiss for Failure to State a Claim *Notice of Motion* filed by Jerole Pierre. (JVC) (Entered: 03/13/2024) |
| 03/26/2024 | 72 | MEMORANDUM in Opposition re 71 Reply in Opposition *to Report and Recommendations* filed by Angelika Kaiser, New York City, Alexandr Yurchenko. (Zangrilli, Joseph) (Entered: 03/26/2024) |
| 03/28/2024 | 73 | ORDER ADOPTING REPORT AND RECOMMENDATIONS: For the reasons stated in the attached Order, the Court ADOPTS Magistrate Judge Bloom's 69 R&R in full. Defendants' 57 Motion to Dismiss is GRANTED. The Clerk of Court is directed to enter judgment and close this case, and to mail a copy of this Order on Plaintiff. Ordered by Judge Nina R. Morrison on 3/28/2024. (AD) (Entered: 03/28/2024) |
| 03/28/2024 | 74 | CLERK'S JUDGMENT: It is ORDERED and ADJUDGED that Defendants' Motion to Dismiss, ECF No. 57, is granted in its entirety. Signed by Deputy Clerk, Jalitza Poveda, on behalf of Clerk of Court, Brenna B. Mahoney, on 3/28/2024. (ENE) (Entered: 03/29/2024) |
| 04/25/2024 | 75 | MOTION to Vacate *AMEND FINAL ORDER* by Jerole Pierre. (RG) (Entered: 04/25/2024) |
| 04/25/2024 | 76 | MOTION for Extension of Time to File *Notice of Appeal* by Jerole Pierre. (VJ) (Entered: 04/25/2024) |

| 04/26/2024 | 77 | NOTICE OF APPEAL as to 74 Clerk's Judgment by Jerole Pierre. (VJ) Modified (Entered: 04/29/2024) |
|---|---|---|
| 04/26/2024 | 78 | MOTION for Leave to Appeal in forma pauperis *Notice of Appeal* by Jerole Pierre. (VJ) (Entered: 04/29/2024) |
| 04/29/2024 | | Electronic Index to Record on Appeal sent to US Court of Appeals. 77 Notice of Appeal Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (VJ) (Entered: 04/29/2024) |