UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of June, two thousand twenty-four,

Jerole Pierre,

    Plaintiff - Appellant,

v.

Police Officer Alexandr Yurchenko, Mayor Eric Adams, Commissioner Keechant Sewell, Commanding Officer Robert Conwell, New York City, Lieutenant Angelika Kaiser,

    Defendants-Appellees,

John Doe 1, John Doe 2,

    Defendants.

**ORDER**
Docket No. 24-1184

Appellees Eric Adams, Keechant Sewell, Robert Conwell, Alexandr Yurchenko, New York City, Angelika Kaiser submission of a notice of appearance does not comply with the Court's prescribed filing requirements. Despite due notice, the defect has not been cured.

IT IS HEREBY ORDERED that the said notice of appearance is stricken from the docket.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

