# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of June, two thousand twenty-four.

| | |
|---|---|
| Jerole Pierre, | **ORDER** |
|     Plaintiff - Appellant, | Docket No. 24-1184 |
| v. | |
| Police Officer Alexandr Yurchenko, Mayor Eric Adams, Commissioner Keechant Sewell, Commanding Officer Robert Conwell, New York City, Lieutenant Angelika Kaiser, | |
|     Defendants-Appellees. | |

      Appellant, pro se, moves for an extension of time to pay the filing fee for this appeal.

      IT IS HEREBY ORDERED that the motion for extension of time is granted to the following extent. The filing fee is due 14 days after the district court rules on Appellant's Rule 60(b) motion.

      For the Court:
      Catherine O'Hagan Wolfe,
      Clerk of Court